WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
　Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PATRICK GALLOWAY,**                                                  CV # 05-1618-MA

　　Plaintiff,

vs.                                                                                          ORDER

**COMMISSIONER of Social Security**,

　　Defendant.

---

Attorney fees in the amount of $7,350.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this _16_ day of _December_, 2006.

_Malcolm F. Marsh_
United States District Judge

Submitted on November 29, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
　Attorney for Plaintiff

ORDER - Page 1