WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PATRICK GALLOWAY,**                                               CV 05-1618-MA

    Plaintiff,

vs.                                                                                  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $11,046.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,350.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. An EAJA fee is directly offset against a § 406(b) fee award, so Plaintiff's attorney may charge and collect from the claimant an additional $3,696.50, in addition to the EAJA amount.

DATED this _18_ day of _July_____, 2008.

                                                /s/ Malcolm F. Marsh
                                              United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1